IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,               No. CIV S-09-1229 LKK EFB

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

        Defendant.            ORDER

_____/

      On January 13, 2010, the court heard plaintiff's motion for a protective order, Dckt. Nos. 16, 20; plaintiff's motion to compel defendant to respond to plaintiff's first set of interrogatories and first request for production of documents, Dckt. Nos. 17, 21; and defendant's motion to compel plaintiff to respond to defendant's first request for production of documents, Dckt. Nos. 18, 22.  Attorneys Jennifer Swedish and Shayna Bloom appeared on behalf of plaintiff; attorneys Vincent Scally and Judith Recchio appeared on behalf of defendant.  As stated on the record and for the reasons stated thereon, each of the motions is granted in part and denied in part.

      SO ORDERED.

DATED:  January 14, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE