UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-09-1229 LKK/EFB

    Plaintiff,

  v.

        O R D E R

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

    Defendant.
_____/

On February 10, 2010, plaintiff United States of America filed a motion to extend time to file a motion to compel discovery. Specifically, the plaintiff requests to be able to file its motion by February 17, 2010, yet does not seek to change the final hearing date of March 3, 2010 set in the scheduling order. Plaintiff has demonstrated good cause to extend the date to file a motion to compel. Plaintiff's counsel are located in the District of Columbia, and their offices were closed due to the recent snow storm. As such, it was unable to determine what discovery defendant had produced by the deadline to file motions to compel. However,

to simply move the date to file the motion without adjusting the hearing date necessarily deprives defendant of adequate time to file an opposition, if any, to plaintiff's motion to compel. Accordingly, the court modifies the scheduling order such that motions to compel shall be filed so that they may be heard by March 17, 2010. All other dates remain unchanged.

IT IS SO ORDERED.

DATED: February 12, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT