IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>　　　　　　Defendant. | Case No. 2:09-cv-01229-LKK-EFB<br><br>**Order**<br><br>The Hon. Lawrence K. Karlton |

Good cause having been shown and the matter having been stipulated to by the parties, this case is hereby referred to a settlement judge for a settlement conference.

IT IS SO ORDERED.

DATED: February 22, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT