IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, <br><br>  Defendant. | Case No. 2:09-cv-01229-LKK-EFB <br><br> **Order** <br><br><br> The Hon. Lawrence K. Karlton |

Good cause having been shown and the matter having been stipulated to by the parties, discovery is hereby stayed. If the parties do not notify the Court by April 16, 2010 that they have reached a settlement agreement in principle, as required by Local Rule 160, discovery will reopen with no further order of the Court and the Court's scheduling order is modified as follows: discovery closes on May 28, 2010; the United States may refile its Notice of Motion and Motion to Compel Discovery Responses to be heard by May 12, 2010; the parties' mid-litigation statements are due on May 14, 2010; and the law and motion deadline is July 14, 2010.

DATE: March 8, 2010.

```
                    [signature]
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```