IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, <br><br> Defendant. | Case No. 2:09-cv-01229-LKK-EFB <br><br> **Order** <br><br><br> The Hon. Lawrence K. Karlton <br> Hearing Date: n/a |

Good cause having been shown and the matter having been stipulated to by the parties, Plaintiff United States is hereby granted an extension of one week to file its Notice of Motion and Motion to Compel Discovery Responses by Defendant for hearing on May 12, 2010.

It is so ordered.

Dated: April 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT