IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>                Defendant. | Case No. 2:09-cv-01229-LKK-EFB<br><br>**Order**<br><br><br><br><br>The Hon. Lawrence K. Karlton<br>Hearing Date: n/a |

Good cause having been shown and the matter having been stipulated to by the parties, discovery is hereby extended to June 28, 2010.  The United States may refile its Notice of Motion and Motion to Compel Discovery Responses to be heard by June 9, 2010; the parties' mid-litigation statements are due on June 14, 2010; and the law and motion deadline is August 16, 2010.

IT IS SO ORDERED.

Dated: May 6, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT