UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                          NO. CIV. S-09-1229 LKK/EFB

    Plaintiff,

  v.

                          O R D E R

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

    Defendant.
                                /

The court has extended the close of discovery in this case several times. It did not re-set trial and the pre-trial conference, however, because the parties indicated that they were engaged in settlement negotiations and anticipated that the case would settle. On June 14, 2010, the parties submitted mid-litigation statements. These statements indicated that plaintiff expects to file a motion for partial summary judgment. In light of these statements, the court assumes that the parties no longer expect to settle this matter in the near future.

////

1  For this reason, the court ORDERS that a scheduling conference
2  is set for July 12, 2010 at 3:00 p.m. Parties shall file status
3  reports fourteen (14) days prior to the scheduling conference.
4  IT IS SO ORDERED.
5  DATED:  June 16, 2010.
6
7
8  _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
9  UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26