UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          NO. CIV. S-09-1229 LKK/EFB

    Plaintiff,

  v.

          O R D E R

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

    Defendant.
_____/

On September 26, 2011, plaintiff United States filed a motion for Dissolution of Consent Decree in the above-captioned case. On September 28, 2011, defendant California Department of Corrections and Rehabilitation filed a statement of non-opposition. Accordingly, the court ORDERS as follows:

    [1]  Plaintiff's Motion, ECF No. 55, is GRANTED.  The Consent Decree, ECF No. 54, is dissolved.

    [2]  The hearing on plaintiff's motion, currently set for October 24, 2011, is VACATED.

////

1

1   IT IS SO ORDERED.
2   DATED:  October 12, 2011.

                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT